DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE WILLIAMS

No. 8 PC.

Case below: 42 N.C. App. 504.

Petition by Washington Duke Lyon, Jr. for discretionary review under G.S. 7A-31 denied 6 November 1979.

LANGDON v. POWER & LIGHT CO.

No. 68 PC.

Case below: 43 N.C. App. 227.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 November 1979.

MATTHEWS, CREMINS, McLEAN, INC. v. NICHTER

No. 292 PC.

Case below: 42 N.C. App. 184.

Petition by defendant Gaskell for discretionary review under G.S. 7A-31 denied 6 November 1979.

PIERCE v. GADDY

No. 43 PC.

Case below: 42 N.C. App. 622.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 November 1979.

QUIS v. GRIFFIN

No. 20 PC.

Case below: 42 N.C. App. 477.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 November 1979.